354 A.2d 256

**CROUSE COMPANY, INC., Appellant in No. 533,**

v.

**CONTROL RESEARCH PRODUCTS, INC.**

**CONTROL RESEARCH PRODUCTS, INC.**

v.

**CROUSE COMPANY, INC. and James Crouse, Appellant in No. 534.**

Supreme Court of Pennsylvania.

April 7, 1976.

Peter Platten, Robert J. Fields, Philadelphia, for appellant.

Henry A. Stein, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY and MANDERINO, JJ.

## ORDER OF COURT

PER CURIAM.

The decree of the court below is affirmed. Each party to bear own costs.

NIX, J., did not participate in the consideration or decision of this case.